ISAAC FORCY, ALIAS WILL JONES, V. THE STATE.

No. 4186.   Decided June 9, 1909.

**Passing Forged Instrument—Indictment.**

Where upon trial for passing a forged instrument the indictment, according to precedent, was fatally defective, the prosecution will be dismissed.

Appeal from the District Court of Caldwell.   Tried below before the Hon. L. W. Moore.

Appeal from a conviction of passing a forged instrument; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Ellis & Graves,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

RAMSEY, JUDGE.—The indictment in this case is practically identical with that considered in the case of Forcy v. State, 55 Texas Crim. Rep., 545, 117 S. W. Rep., 834, which was held to be fatally defective. It is unnecessary, therefore, to further consider the matter.

Holding that the indictment charges no offense, it is ordered that the judgment of conviction be, and the same ·is, hereby reversed, and the prosecution ordered dismissed.

*Reversed and dismissed.*